

FILED
AUG 1 0 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | 07-SW-00169  SMS |
| | 07-SW-00167  SMS |
| 8200 Stockdale Highway, #K4 | 07-SW-00174  SMS |
| Bakersfield, California 93311 | 07-SW-00173  SMS |
| | 07-SW-00172  SMS |
| 3700 Gosford Road, Suite C | 07-SW-00179  SMS |
| Bakersfield, California 93309 | 07-SW-00178  SMS |
| | 07-SW-00168  SMS |
| 12504 Crown Crest Drive | 07-SW-00171  SMS |
| Bakersfield, California 93311 | 07-SW-00175  SMS |
| | 07-SW-00176  SMS |
| 10509 New Quay Court | 07-SW-00177  SMS |
| Bakersfield, California 93311 | |
| | ORDER TO UNSEAL SEARCH WARRANT |
| 12716 Crown Crest Drive | AFFIDAVIT AND WARRANTS |
| Bakersfield, California 93311 | |
| 5208 Glacier Canyon Court | |
| Bakersfield, California 93313 | |
| 12403 Crown Crest Drive | |
| Bakersfield, California 93311 | |
| 11503 Walderi Street | |
| Bakersfield, California 93311 | |
| 11713 Covent Gardens Drive | |
| Bakersfield, California 93311 | |
| 4500 California Avenue, Ste 209 | |
| Bakersfield, California 93309 | |
| 12004 Bedfordshire Drive | |
| Bakersfield, California 93311 | |
| 11911 Crockett Court | |
| Bakersfield, California | |
| 10800 Strattong Court | |
| Bakersfield, California | |

1 | The search warrant affidavit in this case having been sealed by Order of its Court on September 11, 2007, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavits and warrants be unsealed and made public record.

DATED: Aug. 10, 2011

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER